# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELLIOT RYAN WALKER,

    Defendant.

Case No. CR11-392-RAJ

**DETENTION ORDER**

Offenses charged:

    Unlawful production of identification document;
    Social Security number misuse;
    Aggravated identity theft;
    Failure to register and update sex offender registration.

Date of Detention Hearing: December 16, 2011.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant has been a fugitive for the last five years living under different identities in

DETENTION ORDER - 1

different states.  The information he provided about how long he has lived in this area does not stack up with the U.S. Marshal's investigation.  When he was arrested, he claimed to be another person and produced the identification of another person.  A search of his residence resulted in the discovery of more identification documents under different names.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 16th day of December, 2011.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge